537 U.S. 1220
 MENA-JARAMILLO, AKA LEAL-LARIOS, AKA ARERE-LIANO, AKA MENA
v.
UNITED STATES;
ESCOBAR-ESPINOZA
v.
UNITED STATES;
MIRANDA-AVALOS
v.
UNITED STATES;
RUIZ-TORRES, AKA PICHARDO BARRERA
v.
UNITED STATES;
TRUJILLO-HERNANDEZ
v.
UNITED STATES; and
TRUJILLO-MORENO, AKA LARA-VASQUEZ
v.
UNITED STATES.
 No. 02-8459.
 Supreme Court of United States.
 February 24, 2003.
 
 1
 CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT.
 
 
 2
 C. A. 9th Cir. Certiorari denied.